# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 2, 2023

### NO. 03-21-00418-CV

**Eric Handy, Sr., Appellant**

**v.**

**Zurich American Insurance Company, Appellee**

**APPEAL FROM THE 459TH DISTRICT COURT OF TRAVIS COUNTY**
**BEFORE JUSTICES BAKER, SMITH, AND THEOFANIS**
**AFFIRMED -- OPINION BY JUSTICE SMITH**

This is an appeal from the judgment signed by the trial court on September 2, 2023. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment. Therefore, the Court affirms the trial court's judgment. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.